IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. _____

3:03CV473

AYMAN MIHIAR,

    Plaintiff,

v.

BOVIS LEND LEASE; BOVIS LEND
LEASE, INC.; BOVIS LEND LEASE
HOLDINGS, INC.; LEND LEASE
COMPANY; TOM MATYOLA; PETE
MARCHETTO; KAREN COE; MICHAEL
FEIGIN; SIMON HICKEY; DENIS MOORE
and MARK MELSON,

    Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Bovis Lend Lease, Inc. and Bovis Lend Lease Holdings, Inc. (incorrectly plead as "Bovis Lend Lease," which is not a legal entity, and hereafter referred to separately as "Bovis, Inc." and "Bovis Holdings"), Lend Lease Corporation Limited (incorrectly plead as Lend Lease Company), Tom Matyola ("Matyola"), Pete Marchetto ("Marchetto"), Karen Coe ("Coe"), Michael Feigin ("Feigin"), Simon Hickey ("Hickey"), Denis Moore ("Moore") and Mark Melson ("Melson"), file this Notice of Removal of the above-captioned matter from the General Court of Justice, Superior Court Division, for Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina. The grounds for removal are as follows:

1.     On August 29, 2003, Plaintiff Ayman Mihiar ("Mihiar") filed a filed a civil action in the General Court of Justice, Superior Court Division, for Mecklenburg County, North Carolina, Civil Action Number 03-CVS-14822 (the "Lawsuit"), a copy of which is attached as Exhibit A. Mihiar is the sole identified Plaintiff in the Lawsuit.

Case 3:03-cv-00473-GCM   Document 1   Filed 09/29/03   Page 1 of 1