IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 03-CV-473

AYMAN MIHIAR,

    Plaintiff,

v.

BOVIS LEND LEASE; BOVIS LEND LEASE, INC.; BOVIS LEND LEASE HOLDINGS, INC.; LEND LEASE COMPANY; TOM MATYOLA; PETE MARCHETTO; KAREN COE; MICHAEL FEIGIN; SIMON HICKEY; DENIS MOORE and MARK MELSON,

    Defendants.

## MOTION TO ADMIT *PRO HAC VICE*

Local counsel for Defendants Bovis Lend Lease, Inc. and Bovis Lend Lease Holdings, Inc. (incorrectly plead as "Bovis Lend Lease," which is not a legal entity, and hereafter referred to separately as "Bovis, Inc." and "Bovis Holdings"), Lend Lease Corporation Limited (incorrectly plead as Lend Lease Company), Tom Matyola ("Matyola"), Pete Marchetto ("Marchetto"), Karen Coe ("Coe"), Michael Feigin ("Feigin"), Simon Hickey ("Hickey"), Denis Moore ("Moore") and Mark Melson ("Melson")(collectively the "Defendants"), pursuant to Local Rule 83.1(b), hereby respectfully moves this Court to admit Guy Allen and Neil Rosolinsky as counsel for Defendants, *pro hac vice*. In support of this motion, local counsel

CHLT 86443v1

shows the Court:

1. Guy Allen is a member in good standing of the New York State Bar, is admitted to practice before the New York State Courts, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of New York. Mr. Allen is also a member of the New Jersey State Courts and the District Court of New Jersey and is a member of the law firm of Abbott, Reiss & Allen, PC, counsel for the Defendants in the above-captioned action. Mr. Allen's New York State Bar Number is 5032.

2. Neil Rosolinsky is a member in good standing of the New York State Bar, is admitted to practice before the New York State Courts and the United States District Courts for the Eastern and Southern Districts of New York and is an associate with the law firm of Abbott, Reiss & Allen, PC, counsel for the Defendants in the above-captioned action. His New York State Bar Number is 1869.

3. Defendants have associated Margaret Behringer Maloney, and the law firm, Hamilton, Gaskins, Fay & Moon, PLLC, as local counsel in this action. Ms. Maloney is a member in good standing of the North Carolina State Bar and the bar of this Court.

Dated: October 8, 2003.

                                Respectfully admitted,

                                Abbott, Reiss & Allen, P.C.
                                309 West Park Avenue
                                Long Beach, New York 11561
                                Telephone: 516-889-2700
                                Facsimile: 516-889-2497

By: *[signature]*
Guy Allen, New York Bar. No. 5032

By: *[signature]*
Neil Rosolinsky, New York Bar No.1869



Hamilton, Gaskins, Fay & Moon, PLLC
2020 Charlotte Plaza
201 South College Street
Charlotte, North Carolina 28244-2020
Telephone: (704) 344-1117

By: *[signature]*
Margaret Behringer Maloney, N.C. Bar No. 13253

*Local Counsel for Defendants Bovis Lend Lease, Inc., Bovis Lend Lease Holdings, Inc., Lend Lease Corporation Limited (incorrectly plead as Lend Lease Company), Pete Marchetto, Karen Coe, Michael Feigin, Simon Hickey, Denis Moore, and Mark Melson*

# CERTIFICATE OF SERVICE

I, Margaret Behringer Maloney, hereby certify that on this date I served the foregoing MOTION TO ADMIT *PRO HAC* VICE upon the parties and counsel of record by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

>Bruce M. Simpson, Esq.
>James, McElroy & Diehl, P.A.
>600 South College Street
>Charlotte, North Carolina 28202
>Telephone: 704-372-9870
>Fax: 704-333-5508
>
>James F. Wyatt, III
>Law Offices of James F. Wyatt, III
>435 East Morehead Street
>Charlotte, North Carolina 28202-2609
>Telephone: 704-331-0767
>Fax: 704-331-0773

This the 8th day of October, 2003.

By: /s/ MB Maloney
Margaret Behringer Maloney
HAMILTON GASKINS FAY & MOON, PLLC
2020 Charlotte Plaza
201 South College Street
Charlotte, North Carolina 28244-2020
Telephone: 704/344-1117